UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. REMMERT,<br><br>    Plaintiff,<br><br>v.<br><br>ELIZABETH K. LEE, et al.,<br><br>    Defendants. | Case No. 17-cv-04200-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has failed to comply with the Court's order to (1) perfect her application to proceed in forma pauperis ("IFP"), or (2) pay the filing fee of $400.00. The IFP application is incomplete because plaintiff failed to file a jail trust account statement detailing transactions for the last six months. Accordingly, the action is DISMISSED without prejudice for failure to respond to the Court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b). Any motion to reopen **must** contain a new Certificate of Funds completed and signed by an authorized jail officer and a jail trust account statement detailing transactions for the last six, or full payment of the filing fee. Plaintiff's IFP application (Docket No. 5) is DENIED without prejudice. The Clerk shall terminate all pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: 9/29/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge