UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. REMMERT,<br><br>      Plaintiff,<br><br>v.<br><br>ELIZABETH K. LEE, et al.,<br><br>      Defendants. | Case No. 17-cv-04200-HSG (PR)<br><br>**JUDGMENT** |

A judgment of dismissal without prejudice is entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 9/29/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge